**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**VINCENT J. NAIMOLI, individually and on behalf of all other persons similarly situated,**

    **Plaintiff,**

v.                                                  **Case No.  8:05-cv-1879-T-30MAP**

**ADMINISTRATIVE COMMITTEE OF**
**THE ANCHOR GLASS CONTAINER**
**CORPORATION SERVICE RETIREMENT**
**PLAN, et al.,**

    **Defendants.**
_____/

## ORDER

THIS CAUSE comes before the Court at a status hearing on March 27, 2008, in regard to Plaintiff's Motion for Production of Documents by the Pension Benefit Guaranty Corporation and Request for Hearing Pursuant to Court's September 6, 2007 Order (Dkt. #152), Defendants' Motion for Rule 11 Sanctions and Incorporated Memorandum of Law (Dkt. #120), Affidavit in Support of Motion for Rule 11 Sanctions (Dkt. #121), Plaintiff's Memorandum in Opposition (Dkt. #129), Defendants' Motion for Summary Judgment (Dkt. #122), Affidavits in Support of Motion for Summary Judgment (Dkts. #123 and 124), Plaintiff's Memorandum in Opposition (Dkt. #130), Defendants' Reply to Response (Dkt. #149), Affidavit in Support of Memorandum in Opposition to Motion for Summary Judgment (Dkt. #131), Plaintiff's Motion for Partial Summary Judgment (Dkt. #132), Affidavit in Support of Motion for Partial Summary Judgment (Dkt. #133), Defendants'

Memorandum in Opposition to Plaintiff's Motion for Partial Summary Judgment (Dkt. #136), and Notice of Joinder by Defendants regarding Memorandum in Opposition to Plaintiff's Motion for Partial Summary Judgment (Dkt. #137). The Court, having considered the motions, response, memoranda, affidavits, exhibits, and being otherwise advised in the premises, concludes that Defendants' Motion for Summary Judgment should be granted.

It is undisputed that Plaintiff is receiving a greater benefit from the Anchor Glass pension plan than the benefit he claims he is entitled to in this lawsuit. Plaintiff received notification of his increase in benefits in August of 2005. It is also undisputed that in October of 2005, Plaintiff applied for a lump-sum payment from the PBGC in the amount of $152,417.43 for under payments from October 2002 through November 2005. Additionally, after leave of Court to conduct further discovery, Plaintiff has failed to identify any other Anchor Glass plan participant or beneficiary who has suffered any loss under the pension plans at issue.

During the Status Hearing held before the Court on March 27, 2008, Plaintiff's counsel acknowledged that it appears that all plan participants are receiving their full benefits. Plaintiff's counsel also acknowledged that Counts I and II of Plaintiff's complaint should be dismissed, since Plaintiff is unable to identify any participant that has suffered any loss under the Anchor Glass pension plan. Plaintiff continues, however, to seek relief under Sections 1132(c)(1) and 1024(b)(4) for statutory damages.

Since Plaintiff is unable to identify any Anchor Glass participants that have suffered a loss, the Court concludes that Plaintiff's case must be dismissed. Accordingly, Defendants' Motion for Summary Judgment is granted.

In its discretion, the Court declines to award Rule 11 sanctions to Defendants or statutory damages under Sections 1132(c)(1) and 1024(b)(4) to Plaintiff.

It is therefore ORDERED AND ADJUDGED that:

1. Defendants' Motion for Summary Judgment (Dkt. #122) is **GRANTED**.

2. Plaintiff's Motion for Production of Documents by the Pension Benefit Guaranty Corporation and Request for Hearing Pursuant to Court's September 6, 2007 Order (Dkt. #152) is **DENIED** as moot.

3. Defendants' Motion for Rule 11 Sanctions and Incorporated Memorandum of Law (Dkt. #120) is **DENIED**.

4. Plaintiff's Motion for Partial Summary Judgment (Dkt. #132) is **DENIED**.

5. Plaintiff's Complaint is dismissed.

6. The Clerk is directed to enter **JUDGMENT** in favor of Defendants, and against Plaintiff.

7. The Clerk is also directed to **CLOSE** this case and terminate any pending motions.

**DONE** and **ORDERED** in Tampa, Florida on March 27, 2008.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2005\05-cv-1879.msj 122.wpd